UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VOGUE TOWER PARTNERS VII, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF THOMPSON'S STATION, TENNESSEE, THE TOWN OF THOMPSON'S STATION BOARD OF ZONING APPEALS, and the TOWN OF THOMPSON'S STATION MUNICIPAL PLANNING COMMISSION, <br><br> Defendants. | No. 3:21-cv-00087 <br><br> JUDGE RICHARDSON <br><br> MAGISTRATE JUDGE FRENSLEY |

## JOINT STATUS REPORT

Pursuant to the Court's Initial Case Management Order (ECF No. 17), the parties submit this joint status report. The parties have made a good-faith attempt to resolve this case, but it was unsuccessful. At this time, the parties do not believe that ADR might assist in resolving the case. The parties intend to move forward with the briefing schedule set forth in the Initial Case Management Order.

Respectfully submitted this 27th day of May, 2021.

*/s/ Bradley M. Davis*
Harold L. North, Jr., BPR # 007022
Bradley M. Davis, BPR # 023988
CHAMBLISS, BAHNER & STOPHEL, P.C.
Liberty Tower, Ste. 1700
605 Chestnut St.
Chattanooga, TN 37450
Telephone: (423) 756-3000
Email: hnorth@chamblisslaw.com
      bdavis@chamblisslaw.com

*Counsel for Plaintiff Vogue Tower Partners VII, LLC*


*/s/ William N. Bates*
William N. Bates, BPR # 003578
Laura Adams Hight, BPR # 031942
FARRAR & BATES, L.L.P.
12 Cadillac Dr., Ste. 480
Brentwood, TN 37027
Telephone: (615) 254-3060
Email: bill.bates@farrar-bates.com
      laura.hight@farrar-bates.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I certify that on May 27, 2021, this document was filed electronically using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                            */s/ Bradley M. Davis*
                                            Bradley M. Davis